UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | Crim. No. 09-769 (MLC) (DEA) |
| v. | |
| PRINCE SARNOE | |
| UNITED STATES OF AMERICA | Mag. No. 16-1525 (DEA) |
| v. | **ORDER** |
| ISHMAEL ABDULLAH, et al., | |

RECEIVED
MAR - 6 2017
DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE

This matter having been opened to the Court on motion by defendant Prince Sarnoe for an order for pretrial release pursuant to Title 18, United States Code, Section 3142(e); and the Court having found on the record after a hearing in the matters captioned *United States v. Ishmael Abdullah, et al.*, Mag. No. 16-1525 (DEA) and *United States v. Prince Sarnoe*, Crim. No. 09-769 (MLC), that no conditions or combinations of conditions of the defendant's pre-trial release will ensure the safety of the community, and for the reasons stated on the record; and for good cause shown:

IT IS, therefore, on this 2nd day of March, 2017,

ORDERED that defendant's second motion for pretrial release is **DENIED**; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(e), that defendant Prince Sarnoe be detained pending further proceedings in the

above-captioned matters, and that he be committed to the custody of the Attorney General or his authorized representative; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant Prince Sarnoe be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, defendant Prince Sarnoe shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge